CAMELIA ROURANGE, as Administratrix of the Estate of JULIO A. ROURANGE, Deceased, Appellant, *v.* COLOMBIAN STEAMSHIP COMPANY, INC., Respondent.

Argued February 21, 1939; decided March 7, 1939.

*Silas B. Axtell* and *Dominick Blasi* for appellant.
*Ray Rood Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS and RIPPEY, JJ.